# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 16-CV-62692-KMM

Plaintiff:
DONALD NAPPI, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED
vs.
Defendant:
AMERIFINANCIAL SOLUTIONS, LLC, A NORTH CAROLINA LIMITED LIABILITY COMPANY

KDY2016033064

For: David Healy
DUDLEY, SELLERS & HEALY, PL

Received by KD PROCESS on the 16th day of November, 2016 at 12:36 pm to be served on AMERIFINANCIAL SOLUTIONS, LLC C/O CT CORPORATION SYSTEM, AS REGISTERED AGENT, 1200 SOUTH PINE ROAD, PLANTATION, FL 33324. I, __Bruce Charlton__, do hereby affirm that on the __17__ day of __Nov.__, 20__16__ at __2:15__ pm., executed service by delivering a true copy of the CIVIL ACTION SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____

(✓) CORPORATE SERVICE: By serving __Donna Moch__ as __Senior Corporate Operations Manager__

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age __48__  Sex M (F)  Race __W__  Height __5'3"__  Weight __145__  Hair __Brwn__  Glasses Y (N)

## RETURN OF SERVICE For 16-CV-62692-KMM

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 1500
Appointed in accordance with State Statutes

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
(850) 545-3452

Our Job Serial Number: 2016033064

Copyright © 1992-2015 Database Services Inc - Process Server's Toolbox V7 1i

Case 0:16-cv-62692-KMM   Document 9   Entered on FLSD Docket 11/16/2016   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DONALD NAPPI, individually, and on behalf of all others similarly situated,

Plaintiff(s)

v.

AMERIFINANCIAL SOLUTIONS, LLC, a North Carolina limited liability company,

Defendant(s)

Civil Action No. 16-cv-62692-KMM

*Handwritten:* Donna Moch / Sr. Corp. / Oper. Mgr
11-17-16  2:15pm  RA
BC SPS 1500

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMERIFINACIAL SOLUTIONS, LLC
c/o CT Corporation System, as Registered Agent
1200 South Pine Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David P. Healy
Dudley, Sellers, Healy & Heath, PLC
3522 Thomasville Rd., Suite 301
Tallahassee, Florida 32309
(850) 222-5400
dhealy@davidhealylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Nov 16, 2016

Steven M. Larimore
Clerk of Court

s/ Autumn Sandoval
Deputy Clerk
U.S. District Courts