**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

Case No.: 0:16-cv-62692-KMM

DONALD NAPPI, individually
and on behalf of all others similarly
situated,

      Plaintiff,                                CLASS ACTION

v.

AMERIFINANCIAL SOLUTIONS, LLC, a
North Carolina limited liability company,

      Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission *pro hac vice* of Sydney M. Janzen of the law

firm of Edelson PC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654, (312) 589-

6370, for purposes of appearance as additional counsel on behalf of Plaintiff, Donald Nappi, in

the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures,

to permit Sydney M. Janzen to receive electronic filings in this case, and in support thereof states

as follows:

1.      Sydney M. Janzen is not admitted to practice in the Southern District of Florida

and is a member in good standing of the Illinois Supreme Court.

2. Movant, David Patrick Healy, Esquire, of the law firm of Dudley, Sellers, Healy & Heath, PLC (SunTrust Financial Center, 3522 Thomasville Rd., Suite 301, Tallahassee, Florida 32309, (850) 222-5400), is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Sydney M. Janzen has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Sydney M. Janzen, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Sydney M. Janzen at the email address sjanzen@edelson.com.

WHEREFORE, David Patrick Healy, moves this Court to enter an Order for Sydney M. Janzen, to appear before this Court on behalf of Plaintiff Donald Nappi, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Sydney M. Janzen.

Date:   January 11, 2017                    Respectfully submitted,


  /s/ David P. Healy
David P. Healy (0940410)
Dudley, Sellers, Healy & Heath, PLC
SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, Florida 32309
Tel: 859.222.5400
Fax: 850.222.7339
dhealy@davidhealylaw.com

*Attorney for Plaintiff and the putative Class*

<u>Certificate of Service</u>

    I HEREBY CERTIFY that I filed the foregoing on January 11, 2017, using the CM/ECF

filing system which will cause a true and correct copy to be served via Electronic Transmission

on all attorneys and interested parties of record.


  /s/ David P. Healy